

09-42922-B-13J
MASTER ADDRESS LIST
DEBTOR: NANCY BROWN
JUDGE: HON. T. HOLMAN

FILED 10/22/09 - 3:48 PM
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION   Jris

2009-42922
224CMX

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re )
)
Brown, Nancy Louise )
1007 McCloud Ave )  Case No.
Mount Shasta, CA 96067 )
)
)
_____ Debtor(s). )

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case *(please check and complete one)*:

[ ]  on computer diskette as "pure text" (not delimited) in a file named CREDITOR.SCN, listing a total of _____ creditors, *[required with conventionally filed petitions prepared by an attorney or bankruptcy petition preparer]*

OR

[X]  typed in scannable format on paper, consisting of __3__ pages and listing a total of __11__ creditors, *[only acceptable with conventionally filed petitions not prepared by an attorney or bankruptcy petition preparer]*

OR

[ ]  electronically as "pure text" (not delimited) in a file with a .txt extension, listing a total of _____ creditors, *[required with electronically filed petitions]*

is a true, correct, and complete listing to the best of my (our) knowledge and belief.

I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED: 10/22/09                    _____
                                              Debtor's Signature

DATED: _____             _____
                                    Joint Debtor's (if any) Signature

EDC 2-100  (Rev. 10/2007)

# 341 Master List for

# Nancy L. Brown's Chapter 13 10/22/2009 Bankruptcy Filing

California Reconveyance Company c/o

Washington Mutual Bank, FA c/o Chase Bank

9200 Oakdale Ave

Chatsworth, CA 91131

818-775-2358

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

PLM Lender Services, Inc. c/o

Harry Emerson Bryan ad Christine Lynn Bryan, Co-trustees of the Bryan Family Trust dated 56/2003, as to an undivided 85/250 interest, Robert T. Steyart, an unmarried man, as to an undivided 70/250 interest; Donald K. Koser and Cherrie A. Koser, Trustees of the 2006 Donald A. Koser and Cherrie A. Koser Revocable Trust dated 3/16/2006, as to an undivided 45/250 Interest; Charlie Hoffman and Deidra Hoffman, husband and wife, as joint tenants and JACOB BARR, TRUSTEE OF THE JPSL BARR, INC. PROFIT SHARING RETIREMENT TRUST

16 North Second Street

Campbell, CA 95008

408-370-4030

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

JACOB BARR, TRUSTEE OF THE JPSL BARR, INC. PROFIT SHARING RETIREMENT TRUST

418 OLD McCLOUD ROAD

MT. SHASTA, CA 96067

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

Marty Wiz

PO Box 731

Mount Shasta, CA 96067

........................................................................

Charlie & Doris Moss

495 Jefferson Dr

Mount Shasta, CA 96067

........................................................................

Jay Sandahl

730 South 5th Street

Grenada, CA 96038

530-921-0221

........................................................................

Robert D. Winston

PO Box 177

Mount Shasta, CA 96067

........................................................................

Honest Johns Landscaping, Inc.

1281 South Main Street

Yreka, CA 96097

........................................................................

Juan Carlos Lancellotti

PO Box 1413

Mount Shasta, CA 96067

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

Marital Debts Listed in the Judgment Entered 8/28/2009 in the Siskiyou County Superior Court regarding Case#SCSCCVFL070000941 and so named JUDGMEMT/ORDER RE DISSOLUTION ON RSRVD ISSUES / SIGNED BY HON JUDGE LETTON /VOL 87 PG 219 (DEBIP)

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

Houston Plumbing

4429 N Old Stage Rd

Mt Shasta, CA 96067-9133

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

This is the initial list of creditors I am providing for the Trustee's Administration of my Chapter 13 filing.

I declare under penalty of perjury to be true and accurate to the best of my knowledge.

*[signature: Nancy Brown]*

Nancy L. Brown