Nancy L. Brown
In Pro Per
1007 McCloud Ave
Mount Shasta, CA 96067
telephone: (530) 926-4334

FILED
NOV - 5 2009
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

In re:

Nancy Louise Brown,

Debtor(s).

Case No: 09-42922-B-13J
DC No: NLB-1
[No hearing required]

Judge: Hon. Thomas C. Holman
Dept: B    Courtroom: 33
501 I Street, 7th Floor
Sacramento, CA 95814

## EX PARTE MOTION FOR EXTENSION OF TIME
## TO FILE SCHEDULES, PLAN

The Debtor(s) herein hereby request that the Court allow an additional 15 days, through and including November 21, 2009 within which to file the completed Schedules, Summaries, Means Test, and Chapter 13 Plan herein.

I have been unable to complete the Chapter 13 Plan because of the following circumstances:

1. Unable to timely collect information from state court documents to prepare schedules.
2. Unable to timely hire counsel or learn how to complete required documents.
3. Unable get documents from ex-husband who has always had all statements sent to his office.

Therefore I have not been able to file the schedules, etc. and Chapter 13 Plan prior to the deadline for filing on November 6, 2009.

Wherefore Debtors, hereby request an extension to and including November 21, 2009, to

- 1 -

1 | file the Chapter 13 Plan.
2 | Dated: November 3, 2009

*[signature]*
Nancy Louise Brown